# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Talisha M. Rogers**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00099-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Presbyterian Hospital<br>M.J. Miller<br>Golden Living Center**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 23, 2016 Order.

                                          May 23, 2016

_____
Frank G. Johns, Clerk
United States District Court